UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| CLINTON BURNS | CIVIL ACTION NO. 12-1431-P |
| VERSUS | JUDGE STAGG |
| RICARDO MARTINEZ | MAGISTRATE JUDGE HORNSBY |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and determining that the findings are correct under the applicable law after an independent review of the record, and noting that the Petitioner consents to dismissal (Record Document 20);

**IT IS ORDERED** that this petition be **DISMISSED WITHOUT PREJUDICE** for failure to obtain prior authorization from the United States Court of Appeals for the Eleventh Circuit as set forth under §§ 2255 and 2244.

**IT IS FURTHER ORDERED** that any pending motions are **DENIED** as **MOOT**.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 31st day of July 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE